96 P.3d 271

# SUPREME COURT OF HAWAI'I

**August 25, 2004**

| | | |
|---|---|---|
| 25898 | State v. Kahookele | Affirmed |

**August 30, 2004**

| | | |
|---|---|---|
| 24729 | Hamilton v. Lerud | Affirmed |
| 22904 | State v. Aspili | Vacated and Remanded |
| 23977 | State v. Hart | Affirmed; Vacated and Remanded |
| 23809 | State v. Jackson | Affirmed |
| 24692 | State v. Tran | Affirmed |
| 24097 | State v. Yuen | Affirmed; Vacated and Remanded |

**August 31, 2004**

| | | |
|---|---|---|
| 23813 | Leander v. Lemay | Affirmed |
| 25933 | Parker v. State | Affirmed |